```
 1  Alan E. Wisotsky (SBN 68051)
    Dirk DeGenna (SBN 188972)
 2  LAW OFFICES OF ALAN E. WISOTSKY
    300 Esplanade Drive, Suite 1500
 3  Oxnard, California  93036
    Tel:      (805) 278-0920
 4  Fax:      (805) 278-0289
    E-mail:   lawyers@wisotskylaw.com
 5
    Attorneys for Defendants DAVID DICKEY
 6  (erroneously sued as Sgt. Dickey) and
    JOSH YOUNG (erroneously sued as Officer
 7  Young)
```

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. CARDINEL,<br><br>    Plaintiff,<br><br>  v.<br><br>VENTURA POLICE DEPT.,<br>SGT. DICKEY, and OFFICER YOUNG,<br><br>    Defendants. | No. CV 07-2763 SGL (AGR)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** [~~PROPOSED~~] |

Having received the stipulation of dismissal between plaintiff JAMES L. CARDINEL and defendants SGT. DAVID DICKEY and OFFICER JOSH YOUNG filed pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the Court HEREBY DISMISSES WITH PREJUDICE the above-captioned action.

**IT IS SO ORDERED.**

Dated: 5-8-08

_/s/ S. Larson_
STEPHEN G. LARSON
United States District Judge